

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-22-00497-CV

**IN RE** Paty **MCDERMOTT**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

After consideration, we **GRANT** real party in interest's First Motion for Extension of Time to File a Response to the Petition for Writ of Mandamus. Real party in interest's response is **due on or before September 27, 2022.**

It is so **ORDERED** on September 14, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2021CI09758, styled *James William McDermott v. Paty McDermott*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.